# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES *ex rel.* | ) | |
| | ) | |
| ZOJO SOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:10-cv-00881 |
| | ) | |
| v. | ) | Judge John F. Grady |
| | ) | |
| LEVITON MANUFACTURING CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO STAY

Defendant Leviton Manufacturing Co., Inc. ("Leviton") hereby respectfully moves to stay this action for the reasons set forth in Leviton's accompanying memorandum of law.

CHIC_4736945.1

Dated: April 12, 2010

Respectfully submitted,

By: /s/ Jaclyne D. Wallace
Gregory S. Norrod (IL Bar No. 6199391)
Jaclyne D. Wallace (IL Bar No. 6294021)
FOLEY & LARDNER LLP
321 North Clark Street
Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Facsimile: 312.832.4700

Of Counsel:
Larry L. Shatzer, *pro hac vice pending*
Lisa S. Mankofsky
FOLEY & LARDNER LLP
3000 K Street N.W.
Suite 600
Washington, DC 20007-5109
Telephone: 202.672.5300
Facsimile: 202.672.5399

Attorneys for Defendant
LEVITON MANUFACTURING CO., INC.

## **CERTIFICATE OF SERVICE**

      I, Jaclyne D. Wallace, an attorney, certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system on April 12, 2010, which will send notification and service of such filing to all counsel of record.

                                  /s/ Jaclyne D. Wallace

CHIC_4736945.1