# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 881 | **DATE** | 4/21/2010 |
| **CASE TITLE** | Zojo Solutions, Inc. Vs. Leviton Manufacturing | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion to stay is [17] granted. This case is stayed until the Federal Circuit issues a ruling in *Stauffer v. Brooks Bros.,* Appeal Nos. 2009-1428, 2009-1430 and 2009-1453. Defendant's motion to dismiss [14] pursuant to Rule 12(b)(1) is taken under advisement. Defendant's motion to dismiss [20] pursuant to Rules 9(b) and 12(b)(6) is taken under advisement. Defendant's motion to transfer venue under 28 U.S.C. §1404(a) is taken under advisement. Motion for leave to appear pro hac vice [6] is granted. Larry L. Shatzer is given leave to file his appearance on behalf of the defendant. Status hearing set for 10/6/2010 at 11:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JD |
|---|---|---|